*6:25cv 329 -KNM*

# Complaint 4: Private & Quasi-Governmental Entities (Diversity + State Law)

**FILED**
AUG 2 5 2025
Clerk, U.S. District Court
Texas Eastern

◆ **Tyler Division (Default)**

Venue is proper in the **Tyler Division** under 28 U.S.C. § 1391(b)(2) because Plaintiff resides in **Gregg County**, and the private entities conducted business and caused harm in **Smith, Upshur, and Gregg Counties**.

◆ **Marshall Division (Alternate)**

If utility shut-offs or credit denials occurred in **Harrison or Panola Counties**, venue may also be proper in the **Marshall Division**. Consider this if SWEPCO, AEP, or GM Financial operated in those counties.

## A. Plaintiff

- Kristeen Brooke Adams, pro se litigant and public accountability strategist

## B. Defendants (Utilities, Financial, Insurance, Education)

- Southwest Electric Power Company (SWEPCO)
- American Electric Power (AEP)
- CenterPoint Energy
- Union Grove Water Supply
- AmeriCredit Financial Services, Inc. d/b/a GM Financial
- Progressive Insurance
- GEICO Insurance
- State Farm Insurance
- Verizon Communications
- AT&T
- MetroPCS d/b/a T-Mobile
- Tyler Junior College

**Procedural Posture:** This complaint asserts breach of contract, consumer-protection, and tort claims under state law. Plaintiff seeks compensatory damages, punitive damages, and injunctive relief.

**Statutory Bases:** Claims arise under **state consumer-protection statutes, contract law, and tort law.**

**Filing Strategy:** Venue is anchored in the **Tyler Division** to consolidate claims against private entities conducting business within the Eastern District of Texas.

**Cross-Reference:** This Private-Entities suit asserts breach of contract, consumer-protection, and tort claims. It ties into:

- **Complaint 1:** Police enforcement of unpaid-utility warrants and traffic stops for nonpayment.
- **Complaint 2:** State regulatory failures to prevent unlawful shut-offs and predatory lending.
- **Complaint 3:** Federal CFPB and FCC backlogs that allowed private misconduct to persist.

Kristeen Adams
9791 Union Grove Rd
Gladewater, TX. 75647

903-371-7372

Kristeenadams@yahoo.com