# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KRISTEEN BROOKE ADAMS, § | |
| § | |
| Plaintiff, § | |
| § | Case No. 6:25-CV-329-JDK-KNM |
| v. § | |
| § | |
| SOUTHWEST ELECTRIC POWER § | |
| COMPANY, et al., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **December, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE